# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRIXENIA MAGPAYO, <br><br> Plaintiff, <br><br> v. <br><br> ADVOCATE HEALTH AND HOSPITALS CORPORATION, <br><br> Defendant. | Civil Action No. 16-cv-01176 <br><br> Hon. Judge John Robert Blakey |

### DEFENDANT'S APPENDIX IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY A CLASS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(b)(3) AND TO AUTHORIZE NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

Defendant hereby submits its Appendix in Support of Its Opposition to Plaintiff's Motion to Certify a Class Action Pursuant to Federal Rule of Civil Procedure 23(b)(3) and to Authorize Notice Pursuant to Section 216(b) of the FLSA.

Date: June 13, 2017

Respectfully submitted,

s/ Efrat R. Schulman
Michael J. Gray (06210880)
mjgray@jonesday.com
Efrat R. Schulman (06280999)
eschulman@jonesday.com
Samantha Woo (06310522)
swoo@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Counsel for Defendant Advocate Health and Hospitals Corporation*

**APPENDIX**

| Exhibit | Description |
|---|---|
| | *Depositions* |
| A | Deposition of Aona Anderson |
| B | Deposition of Denise Batie-Howard |
| C | Deposition of Frank Bradtke |
| D | Deposition of Gina DeFilippo |
| E | Deposition of Ameca Grass |
| F | Deposition of Karim Karim |
| G | Deposition of Kristin Landini |
| H | Deposition of Christina Lattner |
| I | Deposition of Crixenia Magpayo |
| J | Deposition of Michelle Spikes |
| | *Deposition Exhibits* |
| K | Grass Dep. Ex. 8 |
| L | Karim Dep. Ex. 7 |
| M | Lattner Dep. Ex. 2 |
| N | Magpayo Dep. Ex. 3 |
| O | Magpayo Dep. Ex. 14 |
| P | Magpayo Dep. Ex. 26 |
| Q | Spikes Dep. Ex. 2 |
| | *Declarations* |
| R | Declaration of Tracee Abren |
| S | Declaration of Elisabeth Field |

| | |
|---|---|
| T | Declaration of Jessica Frith |
| U | Declaration of Daniel Golden |
| V | Declaration of Caiphia Grant |
| W | Declaration of Chikira Hale |
| X | Declaration of Kristin Landini |
| Y | Declaration of Shoaib Master |
| Z | Declaration of Meghan Miskell |
| AA | Declaration of Raphael Parayao |
| BB | Declaration of Kevin Pustz |
| | ***Plaintiff's Declarations Submitted In Support Of Her Motion*** |
| CC | Declaration of Aona Anderson |
| DD | Declaration of Denise Batie |
| EE | Declaration of Gina DeFilippo |
| FF | Declaration of Ameca Grass |
| GG | Declaration of Claressa Jones |
| HH | Declaration of Crystal (Oropallo) Jones |
| II | Declaration of Karim Karim |
| JJ | Declaration of Christina Lattner |
| KK | Declaration of Tamara Sahara |
| LL | Declaration of Michelle Spikes |
| MM | Declaration of Nichele Thomas |

|    | ***Other Documents*** |
|----|-----------------------|
| NN | IDOL Notice of Claim Dismissal, dated December 15, 2014 |
| OO | Email from Douglas M. Werman, dated December 14, 2016 |

## **CERTIFICATE OF SERVICE**

I hereby certify I electronically filed a true and correct copy of the foregoing using the CM/ECF filing system, which will send a notice of electronic filing to the following attorneys for Plaintiff:

Maureen A. Salas
Douglas M. Werman
Sarah J. Arendt
WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

on this 13th day of June, 2017.

s/ Efrat R. Schulman
*One of the Attorneys for Defendant Advocate Health and Hospitals Corporation*